# UNITED STATES DISTRICT COURT
## District of Minnesota

Christine Hillesheim, individually and on behalf
of all others similarly situated

                    Plaintiff,

v.

ABC Financial Services, Inc.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-3747 RHK/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims, without attorneys' fees or costs to either party; and this action is **DISMISSED WITHOUT PREJUDICE** against any party as to any claims of the putative class members, without attorneys' fees or costs to any party.

Date: 7/11/16

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                     A. Linner, Deputy Clerk